Dienno et al., Appellants, *v.* Hobart Manufacturing Company.

Argued March 22, 1972. *Donald E. Matusow,* with him *Thomas B. Rutter,* and *Litvin and Rutter,* for appellants; *Henry F. Furman,* for appellee.

Order affirmed.

Eastern Equipment Leasing Company *v.* Casa DiSardi, Inc. et al., Appellants.

Argued December 13, 1971. *Daniel H. Shertzer,* for appellants; *J. Gibbel,* with him *Jacques H. Geisenberger, Jr.,* and *Geisenberger, Zimmerman, Pfannebecker & Gibbel,* for appellee.

OPINION PER CURIAM: The judgment at issue in this case having been satisfied of record on December 13, 1971, the questions raised are moot and the appeal is dismissed.

Greco *v.* Lehigh Valley Railroad Company, Appellant.

Argued March 22, 1972. *Joseph F. Gallagher,* for appellant; *Edmund J. McCullough,* submitted a brief for appellee.

Judgments affirmed.